TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00529-CR






Juan Antonio Ramirez, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT


NO. 2030230, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file a brief is granted. Appellant's
counsel, Mr. Ariel Payan, is ordered to tender a brief in this cause no later than February 7, 2005. 
No further extension of time will be granted.

It is ordered January 21, 2005.


Before Chief Justice Law, Justices B. A. Smith and Pemberton

Do Not Publish